# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 2:20-cr-20002-SHL |
| J.W. WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

## ORDER REQUIRING GOVERNMENT TO RESPOND

Before the Court is a letter from Defendant J.W. Williams, in which he seeks a reduction of his sentence[1], filed July 9, 2025. (ECF No. 141.) On May 12, 2023, the Court sentenced Williams to eighty-four months after he plead guilty to violating 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(ii). (ECF No. 131 at PageID 275.) In addition, the Court sentenced Walker to one year of supervised release. (Id. at PageID 276.)

Before the Court rules on Williams' request, the Government shall file on the docket a response with its position as to the request, and shall have fourteen days from the entry of this Order to do so.

**IT IS SO ORDERED,** this 15th day of July, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Williams' request could also be considered as one for compassionate release.